**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO. 9:23-cv-81539-CV-MIDDLEBROOKS/MATTHEWMAN

RAJENDRA K. BANSAL, RANISAUR LLC, SRINIVAS KAZA MD, LLC, ADVANCED IMAGING SPECIALISTS, P.A., NONA MINIMALLY INVASIVE SURGERY, PLLC, CHIRAG J. PATEL, KRISHMA PATEL, KISHORE DASS, individually and as trustee of the DASS FAMILY TENANCY BY THE ENTIRETIES TRUST DATED DECEMBER 14, 2006, SEEMA DASS, individually and as trustee of the DASS FAMILY TENANCY BY THE ENTIRETIES TRUST DATED DECEMBER 14, 2006, KDSD, LLC, MAJID RIZVI, and FARHAT RIZVI,

    Plaintiffs,

v.

TD AMERITRADE, INC. and CHARLES SCHWAB FUTURES AND FOREX LLC f/k/a TD AMERITRADE FUTURES & FOREX, LLC,

    Defendants.
_____/

**DEFENDANT CHARLES SCHWAB FUTURES AND FOREX LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Charles Schwab Futures and Forex LLC files its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a) and states as follows:

Defendant Charles Schwab Futures and Forex LLC is a Delaware limited liability company with its principal place of business in Chicago, Illinois. Charles Schwab Futures and Forex LLC

is a wholly owned subsidiary of TD Ameritrade Online Holdings Corp., a Delaware corporation with its principal place of business in Omaha, Nebraska.

TD Ameritrade Online Holdings Corp. is a wholly owned subsidiary of TD Ameritrade Holding Corporation, a Delaware corporation with its principal place of business in Omaha Nebraska. TD Ameritrade Holding Corporation is a wholly owned subsidiary of The Charles Schwab Corporation ("CSC"), a Delaware corporation with its principal place of business in Westlake, Texas.

CSC is a publicly traded corporation (NYSE: SCHW) and has no parent corporation. The Toronto-Dominion Bank is a publicly held corporation that owns less than 10% of CSC's voting common stock (and combined with its ownership of a separate class of non-voting common stock, owns more than 10% of the common stock of CSC).

Respectfully submitted,

By: /s/ *Daniel S. Newman*
Daniel S. Newman, Esq.
Florida Bar No. 962767
Antonia Iragorri Bernal, Esq.
Florida Bar No. 1025034
NELSON MULLINS
One Biscayne Tower, 21st Floor
2 S. Biscayne Boulevard
Miami, FL  33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
dan.newman@nelsonmullins.com
antonia.iragorri@nelsonmullins.com

and

Christina Lehm, Esq.
Florida Bar No. 112596
NELSON MULLINS
One Financial Plaza, Suite 2700
100 S.E. Third Avenue

>Fort Lauderdale, Florida 33394
>Telephone: 954-745-5287
>Fax: 954-761-8135
>christina.lehm@nelsonmullins.com
>
>*Counsel for Defendants TD Ameritrade, Inc. and Charles Schwab Futures and Forex LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2024, I electronically filed the foregoing with the Clerk of Court of the United States District Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record appearing on the Certificate of Service generated by the ECF system.

>*/s/ Daniel S. Newman*
>Daniel S. Newman, Esq.
>Florida Bar No. 962767