UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-81539-MATTHEWMAN

RAJENDRA K BANSAL, *et al.*,

    Plaintiffs,

v.

TD AMERITRADE, INC. and CHARLES
SCHWAB FUTURES AND FOREX LLC
f/k/a TD AMERITRADE FUTURES &
FOREX, LLC,

    Defendants.
_____/

MELANIE E. DAMIAN, AS RECEIVER OF
RAJIV PATEL, a/k/a RAVI PATEL, a/k/a
RAJ PATEL, AND OF BLUPRINT, LLC,
and MELANIE E. DAMIAN, RECEIVER,
a/a/o of Claims of KALPANA PATEL,

    Plaintiff,

v.

TD AMERITRADE, INC. and CHARLES
SCHWAB FUTURES AND FOREX LLC
f/k/a
TD AMERITRADE FUTURES & FOREX,
LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, Melanie E. Damian, the court-appointed receiver ("Receiver") over the assets of

Rajiv a/k/a Ravi Patel and over the receivership entity Bluprint LLC and as assignee of the claims

of Kalpana Patel, along with the Investors[1] (together with the Receiver, "Plaintiffs"), and jointly with Defendants TD Ameritrade, Inc. ("TDA") and Charles Schwab Futures and Forex LLC f/k/a TD Ameritrade Futures & Forex LLC (together with TDA, "Defendants" and collectively with Plaintiffs, the "Parties"), file this Joint Notice of Settlement pursuant to the Court's Order on October 17, 2024 [ECF No. 64] ("October 17 Order") and S.D. Fla. L.R. 16.4, to advise the Court that the Parties have settled the above-captioned Consolidated Case.

Pursuant to this Court's Order in this Consolidated Case [ECF No. 62], the Parties will timely file their Stipulation for Order of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) ("Dismissal Stipulation") in this Consolidated Case within the time period specified in that Order, which the Parties anticipate to occur next week.

Dated: October 25, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Kristopher E. Pearson* | */s/ Victoria J. Wilson* |
| Kenneth Dante Murena, Esq. | Jeffery C. Schneider, Esq. |
| Florida Bar Number 147486 | Florida Bar Number 933244 |
| kmurena@dvllp.com | jcs@lklsg.com |
| Kristopher E. Pearson, Esq. | Victoria J. Wilson, Esq. |
| Florida Bar Number16874 | Florida Bar Number 92157 |
| kpearson@dvcattorneys.com | vjw@lklsg.com |
| DAMIAN \| VALORI \| CULMO | LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP |
| 1000 Brickell Avenue, Suite 1020 | Miami Tower |
| Miami, Florida 33131 | 100 SE 2nd Street, 36th Floor |
| Telephone: (305) 371-3960 | Miami, FL 33131 |
| | Telephone: (305) 403-8788 |
| *Counsel for Melanie E. Damian, Receiver for assets of Rajiv Patel and for Bluprint, LLC* | *Counsel for the Investors* |

---

[1] Rajendra K. Bansal, Ranisaur LLC, Srinivas Kaza MD, LLC, Advanced Imaging Specialists, P.A., Nona Minimally Invasive Surgery, PLLC, Chirag J. Patel, Krishma Patel, Kishore Dass, Individually and as Trustee of the Dass Family Tenancy by the Entireties Trust Dated December 14, 2006, Seema Dass, Individually and as Trustee of the Dass Family Tenancy by the Entireties Trust Dated December 14, 2006, KDSD, LLC, Majid Rizvi, and Farhat Rizvi (collectively, "Investors").

| | |
|---|---|
| */s/Eric Bensky* | Daniel Newman, Esq. |
| Elizabeth Davis, Esq. | Florida Bar Number 962767 |
| elizabethdavis@dwt.com | dan.newman@nelsonmullins.com |
| Eric Bensky, Esq. | NELSON MULLINS |
| ericbenzky@dwt.com | 2 South Biscayne Boulevard, 21st Floor |
| DAVIS WRIGHT TREMAINE LLP | Miami, Florida 33131 |
| 1301 K Street NW, Suite 500 East | Telephone: (305) |
| Washinton, D.C. 20005 | |
| Telephone: (202) | |
| | *Counsel for TD Ameritrade, Inc. and* |
| *Counsel for TD Ameritrade, Inc. and* | *Charles Schwab Futures & Forex, LLC* |
| *Charles Schwab Futures & Forex, LLC* | |